# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, *individually and on behalf of all others similarly situated,*<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv474-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>[Doc. No. 17] |

On November 29, 2018, Plaintiff David Vaccaro and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-captioned action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 17 at 1. Specifically, the parties stipulate that all claims in this action on behalf of David Vaccaro be dismissed with prejudice, and the class action claims be dismissed without prejudice. *Id.* Accordingly, all claims in this action on behalf of David Vaccaro are **DISMISSED WITH PREJUDICE** and all class action claims are **DISMISSED WITHOUT PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

　　**IT IS SO ORDERED**.

Dated: November 29, 2018

　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　United States District Judge